Edward W. ANDERSON, Plaintiff—Appellant,

v.

CITY OF ROCK HILL; Sheakley Uni Service, Incorporated; Lyn Koven; Linda Workman; Larry Bigam; Jesse Funderburk; Dawn Beyers; David Young; Wanda Morris, Defendants—Appellees.

No. 05–1619.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 18, 2005.

Decided: Aug. 23, 2005.

Edward W. Anderson, Appellant pro se. Charles Franklin Thompson, Jr., Malone, Thompson & Summers, L.L.C., Columbia, South Carolina; David Bradley Jordan, Geoffry Mark Dunn, Jordan Law Firm, P.C., Rock Hill, South Carolina, for Appellees.

Before WIDENER, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Edward W. Anderson appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice his civil action for failure to timely serve process. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Anderson v. City of Rock Hill,* No. CA–04–22892–0 (D.S.C. Apr. 20, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*